IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA SEAMAN,<br><br>*Plaintiff,*<br><br>v.<br><br>THIS IS L., INC.,<br><br>*Defendant.* | Case No. 1:24-CV-03524<br><br>The Honorable Allyne R. Ross<br><br>Magistrate Judge Joseph A. Marutollo<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Barbara Seaman ("Plaintiff") and Defendant This is L., Inc. ("Defendant"), by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that Plaintiff's claims are dismissed with prejudice, and the claims of the putative class that Plaintiff sought to represent are dismissed without prejudice. Each of Plaintiff and Defendant shall bear their own costs and attorneys' fees and no party will submit a bill of costs.

Respectfully submitted,

*s/ Adam R. Fox*
Adam R. Fox
**SQUIRE PATTON BOGGS (US) LLP**
555 South Flower Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 624-2500
adam.fox@squirepb.com

*Attorney for Defendant*
*This is L., Inc.*

Respectfully submitted,

*s/ Sue J. Nam*
Sue Jung Nam
Kate Jeffery Stoia
**REESE LLP**
100 West 93rd Street, 16th Floor
New York, New York 10025
Telephone: (212) 643-0500
snam@reesellp.com
kstoia@reesellp.com

Spencer Sheehan
Angele Aaron
Mitchell Domovsky
**SHEEHAN & ASSOCIATES, P.C.**
spencer@spencersheehan.com
60 Cuttermill Rd Ste 412
Great Neck, NY 11021
Tel: (516) 268-7080
spencer@spencersheehan.com
aaron@spencersheehan.com
mdomovsky@spencersheehan.com

James Chung
**LAW OFFICES OF JAMES CHUNG**
43-22 216th Street Bayside, NY 11361
Telephone: (718) 461-8808
jchung@77@msn.com

*Attorneys for Plaintiff and the Proposed Class*

So Ordered,

/s/(ARR)
_____
Allyne R. Ross, U.S.D.J.  7/24/25

- 2 -